UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT DIVISION

| | | |
|---|---|---|
| SARA L RICHARDSON and  DEE JAY RICHARDSON      Plaintiff | * * * * | CIVIL ACTION NUMBER : 17-256 |
| VERSUS | * * | JUDGE : HICKS |
| CITY OF SHREVEPORT OFFICER CB CISCO, OFFICER D ALBRECHT SGT. WAYNE PETTERWAY, CADDO PARISH SHERIFF, SHEILA WRIGHT, and M. LANGPEN      Defendants | * * * * * * * | MAGISTRATE JUDGE: HORNSBY  JURY TRIAL |

## MOTION TO WITHDRAW AS COUNSEL

NOW INTO COURT comes Nelson W. Cameron, counsel for Plaintiffs SARA L. RICHARDSON and DEE JAY RICHARDSON who moves that:

I.

On February 9, 2017, Counsel filed a Complaint in this Honorable Court on behalf of Plaintiffs.

II.

Plaintiffs and counsel have differences. Plaintiffs terminated Mr. Cameron's representation on May 2, 2017. Mr. Cameron no longer represents Plaintiffs. Plaintiffs have represented to Mr. Cameron that they have retained other counsel. Mover is unaware of the Plaintiffs' current counsel's name and address although he has

requested this information.

III.

The Complaint filed February 9, 2017, has not been served on the named Defendants. The Complaint was not served due to the differences and communication issues between counsel and the Plaintiffs. The time for serving the Complaint expires May 10, 2017. Plaintiffs were notified by e-mail and by U.S. Mail, of this deadline on May 2, 2017.

IV.

Mr. Cameron moves for leave of Court to withdraw as counsel for Plaintiffs.

V.

Mr. Cameron moves for leave of Court to grant Plaintiffs an additional sixty (60) days to serve the Complaint and for replacement counsel to enroll.

VI.

Plaintiffs' address and telephone contact information are:

Sarah and Deejay Richardson
1124 Hallmark Drive
Shreveport, LA 71118
(318) 317-9787
(318) 393-1477

WHEREFORE, Nelson W. Cameron, counsel for Plaintiffs prays that:

I.  He be permitted leave of Court to Withdraw as counsel of record for Plaintiffs.

II.      Plaintiffs be granted sixty (60) days to enroll other counsel and to serve the Complaint.

                Respectfully Submitted,

                */s/ Nelson Cameron*
                NELSON W. CAMERON
                Attorney at Law
                675 Jordan Street
                Shreveport, Louisiana 71101
                (318) 226-0111
                Bar No. 01283

                **Counsel of Record for Plaintiffs**

## **CERTIFICATE**

I, Nelson W. Cameron, do hereby certify that I have deposited a copy of the foregoing with First Class Postage affixed thereto, and addressed to

Sarah and Deejay Richardson
1124 Hallmark Drive
Shreveport, LA 71118

Shreveport, Louisiana, this the 3rd Day of May, 2017.
/s/ Nelson W. Cameron
/s/ Nelson W. Cameron
NELSON W. CAMERON